**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ENTABLATURE, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1552** |
| **SONIAT HOLDINGS, LLC.** | **SECTION "O"** |

**ORDER**

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation[1] and the failure of any party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff Entablature L.L.C.'s Motions for Attorneys' Fees[2] are **GRANTED IN PART** and Entablature be awarded a total of $17,370.50 in attorneys' fees and costs.

New Orleans, Louisiana, this 1st day of October, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

[1] ECF No. 35.
[2] ECF Nos. 18, 30.